UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| In re: | § | CASE NO. 10-60286-rbk |
| | § | |
| EVAN MCLEAN SIMPSON and | § | |
| PENNEY SUE SIMPSON | § | CHAPTER 7 |
| | § | |
| EVAN MCLEAN SIMPSON and | § | ADVERSARY PROCEEDING |
| PENNEY SUE SIMPSON | § | NO. 10-06012-rbk |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| CITIBANK (SOUTH DAKOTA), N.A. | § | |
| and | § | |
| UNITED GUARANTY COMMERCIAL | § | |
| INSURANCE COMPANY OF NORTH | § | |
| CAROLINA | § | |
| | § | |
| Defendants | § | |

## STIPULATIONS OF THE PARTIES

NOW APPEARING HEREIN, are PLAINTIFFS, EVAN MCLEAN SIMPSON AND PENNEY SUE SIMPSON ("Plaintiffs") and DEFENDANT, UNITED GUARANTY COMMERICAL INSURANCE COMPANY OF NORTH CAROLINA ("United"), who stipulate as follows:

1. Plaintiffs agree and acknowledge that the debt to United as listed below in Paragraph 2 is nondischargeable.

2. Plaintiffs agree and acknowledge that the total principal balance owed to United as of January 24, 2011 is $12,022.01.

3. Plaintiffs further agree and acknowledge that the Court shall enter a judgment in favor of United for the full amount stated in Paragraph 2.

4. Plaintiffs and United stipulate to a repayment plan as follows:

    a. Plaintiffs will pay $40.00 per month, with no interest accruing for six (6) months from the date of the execution of this stipulation.

    b. After the expiration of six (6) months, interest will accrue at 3.25% until the loan is paid in full.

5. Payments will be addressed to United Guaranty Commercial Insurance Company of North Carolina and mailed to P.O. Box 601860 Charlotte, North Carolina 28260 and the account number should be referenced on every payment.

6. United will have completed discretion in the application of the payments on each of the above referenced loans.

7. Should the payments be more than ten (10) days late, the stipulated repayment plan will end and be null and void and the full amount will be due, with proper credits given for those monthly payments made by Plaintiffs. Upon default by Plaintiffs, United may immediately enforce and execute the judgment.

Respectfully submitted,

HALEY & OLSON
A PROFESSIONAL CORPORATION

By: /s/ Dillon Meek
    Blake Rasner
    Dillon Meek
Local Counsel
510 N. Valley Mills Drive, Suite 600
Waco, Texas 76710
(254) 776-3336

AND

Prober & Raphael, A Law Corporation
Attorneys for Secured Creditor
P.O. Box 4365
Woodland Hills, California 91365-4365
(818) 227-0100
U.040-094

By: _____
EVAN MCLEAN SIMPSON
1915 Cumberland Ave.
Waco, Texas 76707

By: _____
PENNEY SUE SIMPSON
1921 Cumberland Ave.
Waco, Texas 76707